# ELECTRONIC RECORD

**554-15**

COA #   07-14-00203-CR          OFFENSE: DWI

STYLE:  Hermilo Sanchez-Tapia v. The
        State of Texas          COUNTY:  Lubbock

COA DISPOSITION:    AFFIRMED    TRIAL COURT:  County Court at Law No 1

DATE: 03/10/2015        Publish: NO   TC CASE #:   2013-475,994

---

# IN THE COURT OF CRIMINAL APPEALS

STYLE:  Hermilo Sanchez-Tapia v. The State
        of Texas                    CCA #:   **554-15**

___APPELLANT'S___ Petition        CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:    DATE:     _____

_REFUSED_                          JUDGE:    _____

DATE: _08/26/2015_                 SIGNED: _____        PC: _____

JUDGE: _Per Curiam_                PUBLISH: _____       DNP: _____

------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**